1 DENISE BOURGEOIS HALEY, CSBN 143709
2 Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA  90670
   Telephone: [562] 868-5886
4 Facsimile: [562] 868-5491
5 E-Mail: suzan_rohlfing.office@speakeasy.net
   Attorney for Plaintiff

7 THOMAS P. O'BRIEN
   United States Attorney
8 LEON WEIDMAN
   Assistant United States Attorney
9 Chief, Civil Division
   ERIC K. H. CHINN, CSBN 127142
10 Special Assistant United States Attorney
    Social Security Administration, Region IX
11 333 Market Street, Suite 1500
    San Francisco, California 94105
12 Tel: (415) 977-8932
    Fax: (415) 744-0134
13 E-mail: eric.chinn@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMITA GOPEZ, | Case No.: CV 08-08014-MAN |
| Plaintiff, | |
| vs. | JUDGMENT FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

-1-

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment, judgment is hereby entered for
4  Plaintiff.
5
6  DATED: May 18, 2009
7                                         __/s/-Margaret A. Nagle_____
                                           MARGARET A. NAGLE
8                                          UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26