# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NORMITA GOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: CV 08-08014-MAN<br><br>**[PROPOSED] ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Attorney's Fees Under The Equal Access to Justice Act, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of ONE THOUSAND FIVE HUNDRED DOLLARS AND NO/100 CENTS ($1,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced stipulation.

Dated: July 2, 2009

                                           /s/
                                MARGARET A. NAGLE
                        UNITED STATES MAGISTRATE JUDGE